UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DANIEL M. LANGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-CV-1285 |
| | ) | |
| CLIFFORD RASMUSSEN and KOTTKE | ) | |
| TRUCKING, INC. a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Upon the written Stipulation of the parties filed herein, it is hereby ordered that the above-entitled cause of action is hereby dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

s/ Jonathan E. Hawley
_____
JUDGE

ENTERED: January 2, 2019

MSH/cls
35514854_1